UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In the Matter of:

                                   CHAPTER 13 PROCEEDINGS

ROBERT WILLIAM VOLLMER         CASE NUMBER: 08-21263
CATHERINE MARIE VOLLMER      HON: DANIEL S OPPERMAN
             Debtor(s).
_____/

**STATEMENT REGARDING FUNDS TO BE
DEPOSITED IN US REGISTRY**

     Now Comes Thomas W McDonald, Jr. Chapter 13 Trustee, pursuant to Code §347 and Bankruptcy Rule 3010, he states that he currently has funds in the amount of $4.32 for deposits in the U. S. Registry as evidenced by the attached Check No. 251847 made payable to U.S. Bankruptcy Court.

     The basis for payment of said funds to the U.S. Registry is "Unclaimed Funds" from the interim distribution on August 27, 2010 on behalf of the following debtor:


    August 27, 2010    $4.32   AFNI/Verizon

    Debtor mail has been returned, no forwarding.


Date: September 6, 2010                       /s/ Thomas W McDonald
                                                      Thomas W McDonald, Jr.
                                                        Chapter 13 Trustee
                                                        3144 Davenport Ave
                                                        Saginaw Mi 48602
                                                        Telephone (989) 792-6766
                                                        ecf@mcdonald13.org